**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of February, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# United States Bankruptcy Court
## District of Kansas

| | | |
|---|---|---|
| IN RE **MARCENE ANNABELLE JASPER** ) | Case No. **16-20868** |
| Debtor(s). ) | Chapter 7 |

| | | |
|---|---|---|
| **STATE OF KANSAS**, *ex rel.*, ) | |
| Lana Gordon, Secretary of Labor ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. **16-6077** |
| ) | |
| **MARCENE ANNABELLE JASPER** ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
& DETERMINATION OF NONDISCHARGEABILITY**

The Kansas Department of Labor ("KDoL") filed its Complaint seeking a determination that the indebtedness of Debtor **MARCENE ANNABELLE JASPER** ("Defendant") to KDoL arising from Defendant's improper receipt of Kansas unemployment insurance (UI) benefits, be considered non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and, by reference, 11 U.S.C. § 727. Although the Defendant was properly served with notice of this proceeding, Defendant has failed to answer or otherwise respond as required by law and is in default.

As a result, this Court, after reviewing the pleadings in this adversary proceeding and the relevant legal authorities, finds that Default Judgment should be and hereby is entered against the Defendant on the Complaint, finding that the Defendant willfully and knowingly misrepresented facts or circumstances related to Defendant's employment for the purpose of inducing KDoL, in reasonable reliance thereon, to pay certain UI benefits to which the Defendant was not entitled.

Defendant's obligation to KDoL for the overpayment of UI benefits, which on the date of the bankruptcy petition, after credit for all payment(s) received, totaled $4,032.34 (which consists of UI benefits principal in the amount of $2,386.00, and interest in the amount of $1,646.34, plus interest accruing thereafter at the rate established by KAN. STAT. ANN. §44--719(d)(2) of 1.5% per month or 18 % per annum until paid in full) is thus deemed nondischargeable.

**IT IS, THEREFORE, ORDERED**, that Default Judgment is entered in favor of Plaintiff, KDoL and against the Defendant excepting the above described debt from discharge as having been incurred by false pretenses, a false representation, or actual fraud as provided by 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 727 and awarding KDoL its costs of $350.

# # #

Prepared and Submitted by:

/s/ Andrew Jorgenson_____
Andrew Jorgenson #27614
Special Assistant Attorney General, Kansas
Kansas Department of Labor
Office of Legal Services
401 SW Topeka Blvd.
Topeka, KS 66603
Phone: (785) 296-5000 x2590
Fax: (785) 296-0196
andrew.jorgenson@ks.gov